CGFD28 (9/19/08)



ORDERED in the Southern District of Florida on February 15, 2011

**Paul G Hyman Jr**
Chief United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 05−30389−PGH**
**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Cypress Chemical Company
29 SE 5 St
Boca Raton, FL 33431

EIN: 71−0735243

# FINAL DECREE

The trustee, Michael R Bakst, having filed a final report that the estate has been fully administered, is discharged and the case is closed.